# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DOLORES MARTINEZ NUNEZ (1),<br>MARIA ANDRECILLO MARQUEZ (2),<br><br>    Defendants. | Case No. 20cr3406-LAB<br><br>**JUDGMENT AND ORDER OF DISMISSAL AND EXONERATION OF BOND** |

Upon motion of the United States of America,

IT IS HEREBY ORDERED that the Information [ECF No. 25] in the above-entitled case be dismissed without prejudice.

IT IS FURTHER ORDERED that bond is exonerated as to Dolores Martinez Nunez and Maria Andrecillo Marquez.

**SO ORDERED.**

DATED: September 23, 2021

_____
HON. LARRY ALAN BURNS
United States District Judge